64-08/DPM/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
STOLT TANKERS B.V.
(f/k/a STOLT-NIELSEN TRANSPORTATION GROUP B.V.)
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Don P. Murnane, Jr. (DM 3639)
Manuel A. Molina (MM 1017)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
STOLT TANKERS B.V. (f/k/a STOLT-NIELSEN          08 CIV. 2809 (SAS)
TRANSPORTATION GROUP B.V.),
                                                 **NOTICE OF VOLUNTARY**
                  Plaintiff,                     **DISMISSAL PURSUANT TO**
     -against-                                   **FRCP 41(a)(1)(A)(i)**

GEONET ETHANOL, LLC,

                  Defendant.
-----------------------------------------------------------------x

Plaintiff STOLT TANKERS B.V. (f/k/a STOLT-NIELSEN TRANSPORTATION GROUP B.V, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides its notice of voluntary dismissal of this action, without prejudice and reserving its right re-file at a later date. Defendant has not entered an appearance, served an answer or filed a motion for summary judgment.

Dated: New York, New York
       March 19, 2008

                                    FREEHILL HOGAN & MAHAR, LLP
                                    Attorneys for Plaintiff

                              By:   _____
                                    Don P. Murnane, Jr. (DM 3639)

"SO ORDERED"
_____
Hon. Shira A. Scheindlin, U.S.D.J.     3/19/08

NYDOCS1/301062.1